General Complaint

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 20 2023
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Joshua Tolbert

1465 Edgewood Cir

Lufkin, Texas 75904

List the full name of each plaintiff in this action.

Case Number: 9:23cv214

Truncale/Hawthorn

VS.

Koncept Motor Cars

8475 South Hwy 6

Houston, Texas 77083

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I. ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A. In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

  1. Employ Counsel
  2. Court - Appointed Counsel
  3. Lawyer Referral Service of the State Bar of Texas,
     P. O. Box 12487, Austin, Texas 78711.

B. List the name(s) and address(es) of the attorney(s):

Bennie Rush Law Office-1300 11th St #300 Huntsville, Tx 77340

Lone Star Legal Aid- 414 E Pilar St, Nacogdoches, Tx 75961

Houston Volunteer Lawyers- 1111 Bagby St, Houston, Tx 77002

      C.      Results of the conference with counsel:

<u>No one agree to represent me on this case.</u>

<u>No one return my phone call on this case</u>

_____

II.      List previous lawsuits:

      A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?  _____ Yes  __X__ No

      B.      If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

           1.      Approximate file date of lawsuit: _____

           2.      Parties to previous lawsuit(s):

               Plaintiff _____

               Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

           3.      Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

             _____

           4.      Docket number in other court. _____

           5.      Name of judge to whom the case was assigned.
             _____

           6.      Disposition: Was the case dismissed, appealed or still pending?

             _____

           7.      Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

        Pla #1 Joshua Tolbert

        1465 Edgewood Cir

        Lufkin, Texas 75904

        Pla #2

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: Koncept Motor Cars

        8475 S Texas 6

        Houston, Texas 77083

        Dft #2: Stawberry Road Auto Sales

        3602 Strawberry Road

        Pasadena, Texas 77504

        Dft #3

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

SEE ATTACHMENT DOCUMENT

SEE ATTACHMENT DOCUMENT

SEE ATTACHMENT DOCUMENT

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Statement of claim are set that Koncept Motor for negligence, misrepresentation.

Joshua Tolbert seek damages for $18,000.00

Signed this __20__ day of __November__, 20 __23__.
            (Month)                (Year)

Joshua Tolbert

1465 Edgewood Cir

Lufkin, Texas 75904

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __11/20/2023__
                Date

*Joshua Tolbert*
Signature of each plaintiff

## ATTACHMENT

I hope this letter finds you well. I am writing to formally demand a refund in the amount of $6,000 in connection with the purchase of a 2017 Dodge Charger from Koncept Motor. The details of the transaction are as follows:

Vehicle Information:

Make and Model: 2017 Dodge Charger, VIN 2C3CDXHG6HH551749

Date of Purchase: March 8, 2023

Purchase Price: $ 18,500.00

Loan Cancellation: April 14, 2023

I would like to bring to your attention that the loan for the aforementioned vehicle, which was facilitated through Crescent Bank, was canceled. Despite the loan cancellation, I have not received a refund of my down payment.

Condition of the Vehicle:

The reason for the loan cancellation was a serious mechanical issue with the transmission of the vehicle, rendering it undrivable. I never took possession of the vehicle and was unable to drive it off the lot.

Failure to Refund Down Payment: $6000.00

Despite the cancellation of the loan and the non-possession of the vehicle, I have yet to receive my down payment of $6,000. This

failure to refund the down payment is both unjust and in violation of our agreement.

Demand for Refund:

I hereby demand the immediate refund of $6,000, representing the down payment made for the 2017 Dodge Charger. This demand is made pursuant to the terms of our agreement and in accordance with applicable consumer protection laws.

Response Deadline:

Please consider this letter as a formal notice of my intent to seek legal remedies if the matter is not promptly addressed. I hope we can resolve this issue amicably, avoiding the need for legal proceedings.

Thank you for your prompt attention to this matter.

Sincerely,

Joshua Tolbert