IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOSHUA TOLBERT,<br><br>  *Plaintiff*,<br><br>v.<br><br>KONCEPT MOTOR CARS, STRAWBERRY ROAD AUTO SALES,<br><br>  *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 9:23-CV-00214-MJT-ZJH<br><br>JUDGE MICHAEL TRUNCALE |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is ORDERED that Plaintiff Joshua Tolbert take nothing, and the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 2nd day of May, 2024.**

_____
Michael J. Truncale
United States District Judge